COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-195-CV

FIFTYFABGIFTS.COM, L.L.C.                                                  APPELLANT

V.

MARK HULME AND MAGNOLIA                                                 APPELLEE
MEDIA GROUP

------------
FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
------------
MEMORANDUM OPINION [1] AND JUDGMENT
----------
        We have considered “Appellant’s Notice Of Non-Suit.” It is the court's
opinion that the motion should be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
        Appellant shall pay all costs of this appeal, for which let execution issue.
                                                                  PER CURIAM 

PANEL D:   WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: May 20, 2004
 
NOTES
1. See Tex. R. App. P. 47.4.